IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL FILE NO. |
| v. | 1:16-CR-145-3-TWT |
| MANGWIRO SADIKI-YISRAEL also known as Iz also known as Izzy, Defendant. | |

**ORDER**

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1320] of the Magistrate Judge recommending denying the Defendant's Motion for Bill of Particulars [Doc. 751], Motion to Disclose Confidential Informants [Doc. 1007], Motion to Sever [Doc. 1008], and Motion to Suppress Evidence [Doc. 1010 & 1020].

I will not simply repeat the analysis of the Magistrate Judge in the thorough and well-reasoned Report and Recommendation. Disclosure of the identities of confidential informants is not required where the Government intends to call the informants at trial. The indictment and discovery provided by the Government

adequately inform the Defendant of the charges against him with sufficient precision to allow him to prepare his defense. The Defendant was properly joined in the case under Rule 8(b). A claim of undue prejudice is premature until a trial plan has been formalized. The motion may be renewed then. The Defendant has not presented any credible evidence that the agents exceeded the permissible scope of the protective sweep of the Defendant's residence. The Defendant's Motion for Bill of Particulars [Doc. 751], Motion to Disclose Confidential Informants [Doc. 1007], Motion to Sever [Doc. 1008], and Motion to Suppress Evidence [Doc. 1010 & 1020] are DENIED.

SO ORDERED, this 17 day of October, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge