IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

MANGWIRO SADIKI-YISRAEL
also known as
Iz
also known as
Izzy,

    Defendant.

CRIMINAL FILE NO.
1:16-CR-145-3-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 3859] of the Magistrate Judge recommending that the Motions to Withdraw the Section 2255 Motion [Doc. 3857 & 3858] be granted. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motions to Withdraw the Section 2255 Motion [Doc. 3857 & 3858] are GRANTED. The Section 2255 Motion [Doc. 3794] and Amended Motion [Doc. 3850] are WITHDRAWN.

SO ORDERED, this  25th  day of November, 2024.

_____
THOMAS W. THRASH, JR.
United States District Judge